DOMENICO GHIDELA, APPELLANT, v. UNION OF MUTUAL HELP AMONG THE POPULATION OF ITALIAN LANGUAGE, RESPONDENT.

Submitted July 9, 1917—Decided November 19, 1917.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"No sufficient reason is presented why the resolution of the association expelling the prosecutor should be disturbed.

"We think the charge upon which he was tried and con-

victed was one which warranted expulsion under the constitution and by-laws of the association.

"We think, also, that the fact that the hearing of the charge was held on Sunday is not a sufficient reason for setting aside the resolution expelling prosecutor. He was admitted to the association on a Sunday, all its meetings have been held on Sundays, and the association is engaged in a charitable work such as is expressly excepted from the operation of our Vice and Immorality act. *Comp. Stat., p.* 5712; *Pepin* v. *Society Jean Baptiste,* 54 *Atl. Rep.* 47.

"The proceedings brought up will be affirmed, with costs."

For the appellant, *A. Orestes Ciccarelli.*

For the respondent, *Henry Carless.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, JJ. 10.

*For reversal*—None.